# UNITED STATES DISTRICT COURT
for the
~~Eastern~~ District of ~~Louisiana~~ Florida

Clarence D Johnson Jr
Glenda Oliver
Deceased mother
_Plaintiff_

v.

Doctors
Duke University Hospital N.C
Covid 19 CDC
U.S Attorney et al
Queen Elizabeth United nations
_Defendant(s)_

Case Number: 21-01751
(Clerk's Office will provide)

SECT. H MAG. 4

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

FILED
1-10-2022
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

### I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

International, Federal

### II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of Illinois (state), who resides at 3150 N. Racine ave # 219 Chicago, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant Duke University Hospital NC is employed as
   (a) (Name of First Defendant)
   Owner / Directors / Doctors
   (b) (Position/Title)

TENDERED FOR FILING

(10/2010)

SEP 2 2 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**Defendant #3:**

D.  Defendant __CDC 'Gov__ is employed as
    (Name of Third Defendant)
    __Owner / Directors__
    (Position/Title)
    with __1600 Clifton RD Atlanta Ga__
    (Employer's Name and Address)
    __30333__

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

__CDC Government__

Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

You need Hearing + Trials

Kamala Harris
Vice President
202-406-8000

Foreign Policy
U.S Conflict of Interest
Contact Angelo Byers
FBI
513-421-4310

(10/2010)

with __2301 Erwin RD   Durham N.C__
(c)   (Employer's Name and Address)

__919-684-8111__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☐ Yes ☒ No

If your answer is YES, briefly explain:

Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.  Defendant __Queen Elizabeth US Iowa__ is employed as __office__
(Name of Second Defendant)

__Queen Elizabeth Canada Queen Law Enforcement__
(Position/Title)

with __United nation Address__
(Employer's Name and Address)

__10017   212-963-4475__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain: __United nation Leader Law Enforcement__

Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

V. **REQUEST FOR RELIEF** (check as many boxes as appropriate)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ See Cochran Law firm

Punitive damages in the amount of $ _____

An ordering requiring defendant(s) to:

Arrested + Detained

A declaration that:

Other:

Competent Federal Marshall program

Steve malmbr Law Group
312-629-0099
1-800-843-3476
Prisoner Property Seizure
Law offices Jerry
Yahoo owner Law offices
Personal Property
Zoom owner
ZocDoc owner
TikTok owners
Twitter owners

VI. **JURY DEMAND** (check one box below)

Plaintiff ⦿ does or ○ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 9/17/2021
(date)

3150 N. Racine Ave #319
Street Address

Chicago Ill 60657
City, State, Zip

Signature of Plaintiff

Clarence D Johnson Jr
Printed Name

(10/2010)

**CLERK'S OFFICE**
A TRUE COPY
Nov 18 2021
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA