C. Johnson
3150 N. Reta Ave #249
Chicago IL 60657

CAROL STREAM IL 601

3 JAN 2022   PM 5   L

USA ★ FOREVER

U. S District Court
300 N Hogan St Suite 9-150
Jacksonville Florida 32202
4271

32202-427175